## MIFFLIN *versus* GASQUI.

1785.

A DEBTOR in confinement under a *Magiftrate's execution*, petitioned for his difcharge under the infolvent laws. But he was remanded, becaufe he had not applied before the adjournment ; THE COURT obferving, that it was already eafy enough for debtors to get out of gaol.